```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 16685
    RONALD W NEAL
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5211


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/17/2006 and was confirmed 03/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/13/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00             .00            .00
OPTION ONE MORTGAGE        CURRENT MORTG         .00             .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE         .00             .00            .00
AMERICAN GENERAL FINANCE   SECURED NOT I         .00             .00            .00
FRIENDLY FINANCE CORP      SECURED VEHIC     9325.65          273.25        1094.78
GR AM FIN                  SECURED           2250.00           92.92         208.53
INTERNAL REVENUE SERVICE   PRIORITY          4951.24             .00            .00
AMERICASH LOANS LLC        UNSECURED         1340.29             .00            .00
CAPITAL ONE                UNSECURED          520.37             .00            .00
COMED                      UNSECURED       NOT FILED             .00            .00
NICOR GAS                  UNSECURED          217.70             .00            .00
AFNI/VERIZON WIRELESS      UNSECURED          174.00             .00            .00
WORLD FINANCIAL CAPITAL    UNSECURED          218.51             .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE         .00             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         1282.33             .00            .00
GR AM FIN                  UNSECURED         2303.20             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         3053.14             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,493.00                          849.44
TOM VAUGHN                 TRUSTEE                                            167.96
DEBTOR REFUND              REFUND                                             269.81

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            2,956.69

PRIORITY                                         .00
SECURED                                      1,303.31
    INTEREST                                   366.17
UNSECURED                                        .00
ADMINISTRATIVE                                 849.44

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16685 RONALD W NEAL
```

```
TRUSTEE COMPENSATION                                          167.96
DEBTOR REFUND                                                 269.81
                                        ----------------   ----------------
TOTALS                                         2,956.69           2,956.69
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
Dated: 12/13/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```